IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

   *

v.    *     CRIMINAL NO.  LKG-23-133

   *

ISAIAH SERROD POOLE,    *

   *

Defendant    *

   *

*******

## ORDER GRANTING CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND TIME FOR INITIAL SCHEDULING CALL

Upon consideration of the Government's Consent Motion to Exclude Time Under the Speedy Trial Act and To Extend Deadline for Joint Status Report and Time for Initial Scheduling Call, the Court makes the following findings:

1. On April 12, 2023, a grand jury returned an indictment charging the Defendant with three counts of production of child pornography, in violation of 18 U.S.C. § 2251(a).  ECF 1.

2. On May 26, 2023, the Defendant had his initial appearance and arraignment on the indictment in front of U.S. Magistrate Judge Ajmel A. Quereshi and was ordered detained by agreement.  ECF 4, 8.

3. On May 30, 2023, the Court issued an order requiring the parties to file a joint status report, on or before June 29, 2023, and setting an initial scheduling conference for July 6, 2023 at 10:30 am.  ECF 9.

4. On June 12, 2023, the Court ordered that the time from June 9, 2023, through and including, July 20, 2023, be excluded in computing the time within which trial must commence

1

and ordered the parties to file a joint status report on or before August 10, 2023.  The court also rescheduled the initial scheduling call for August 17, 2023.  ECF 14.

5.       On July 20, 2023, the Court ordered that the time from July 20, 2023, through and including, September 18, 2023, be excluded in computing the time within which trial must commence and ordered the parties to file a joint status report on or before September 18, 2023.  The court also rescheduled the initial scheduling call for September 28, 2023.  ECF 17.

6.       In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment shall commence within seventy days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs.  However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Government and counsel for the Defendant agree that it is in their mutual interests to toll the speedy trial clock under 18 U.S.C. § 3161(h)(7) and to extend the deadlines for a joint status report and initial scheduling call.  The Government has produced voluminous electronic discovery to the Defendant's counsel.  In addition, due to the nature of the case, on June 16, 2023, the parties met to review some of the discovery in-person.  Counsel for the Defendant is also conducting an extensive investigation into Mr. Poole's history and characteristics.  As such, the parties would like more time to review discovery, prepare mitigation material, and discuss possible resolutions in this case.

The Court concludes that pursuant to 18 U.S.C. § 3161(h), the ends of justice are best served by excluding the time from September 18, 2023, through and including, November 17, 2023, in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)

and to extend the deadline for the joint status report to on or before November 17, 2023, and the initial scheduling call to a date on or after November 17, 2023, and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, in the interest of the Defendant and the interests of the public, it is

HEREBY ORDERED that the time from September 18, 2023, through and including, November 17, 2023, be excluded in computing the time within which trial must commence; and

HEREBY ORDERED that the deadline for the joint status report is extended to on or before November 17, 2023, and the initial scheduling call to a date on or after November 17, 2023.


 9/19/2023                             /s/ Lydia Kay Griggsby          
Date                                        LYDIA KAY GRIGGSBY
United States District Judge